AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF _____ Massachusetts

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CORPORATE COMMUNICATIONS

## 05-11667DPW

TO: (Name and address of defendant)

Robert T. Dobinski, President
Corporate Communications
200 Turnpike Road
Southboro, MA 01772

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 12 2005

CLERK

DATE



(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

08/19/2005

I hereby certify and return that on 08/18/2005 at 03:55pm I served a true and attested copy of the Summons and Complaint, Civil Action Cover Sheet in this action in the following manner: To wit, by delivering in hand to DOUG DEBARGE, agent, person in charge at the time of service for ROBERT T. DOBINSKI PRESIDENT OF CORPORATE COMMUNICATIONS at 200 TURNPIKE RD, SOUTHBOROUGH, MA. Fees: Service 30.00, Travel 15.04, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees $55.54

Deputy Sheriff Lynn A Trudel

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server

                                         _____
                                         Address of Server

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.