UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>CORPORATE COMMUNICATIONS<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-11667 DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant has neither filed an answer nor motion for summary judgment.

Dated:  October 18, 2005

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER
By his Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA   02109
(617) 338-1976

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Robert T. Dobinski, President, Corporate Communications, 200 Turnpike Road, Southboro, MA 01772.

Dated: October 18, 2005            /S/ Catherine M. Campbell
                                            Catherine M. Campbell